1  **LEILA W. MORGAN**
   California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Leila_Morgan@fd.org
5

6  Attorneys for Mr. Huerta-Medina

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,        ) Case No. 07MJ8835-01
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                ) **NOTICE OF APPEARANCE**
                                      )
14 | CRISOFORO HUERTA-MEDINA           )
                                      )
15 |         Defendant.                )
   | _____  )
16 |                                  )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18 Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19 counsel in the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: October 11, 2007              /s/  *Leila W. Morgan*
                                        **LEILA W. MORGAN**
23                                      California Bar No. 216165
                                        Federal Defenders of San Diego, Inc.
24                                      225 Broadway, Suite 900
                                        San Diego, CA 92101
25                                      Telephone: (619) 234-8467
                                        Facsimile: (619) 687-2666
26                                      Leila_Morgan@fd.org

27                                      Attorneys for Mr. Huerta-Medina

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  October 10, 2007                     */s/ Leila W. Morgan*
                                             **LEILA W. MORGAN**
                                             Federal Defenders of San Diego, Inc.
                                             Leila_Morgan@fd.org

2