FILED

07 OCT 17 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PM_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    07CR2877 — WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., |
| ) | Sec. 1324(a)(2)(B)(ii) - |
| CRISOFORO HUERTA-MEDINA (1), ) | Bringing in Illegal Aliens for |
| ROMAN ALCALA-RUIZ (2), ) | Financial Gain; Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting; |
| Defendants. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| ) | Abetting. |

The grand jury charges:

Count 1

On or about October 3, 2007, within the Southern District of California, defendants CRISOFORO HUERTA-MEDINA and ROMAN ALCALA-RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Humberto Reyes-Palacios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

ABC:fer:Imperial
10/17/07



<u>Count 2</u>

On or about October 3, 2007, within the Southern District of California, defendants CRISOFORO HUERTA-MEDINA and ROMAN ALCALA-RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Humberto Reyes-Palacios, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about October 3, 2007, within the Southern District of California, defendants CRISOFORO HUERTA-MEDINA and ROMAN ALCALA-RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Leticia Moreno-Garrido, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

## Count 4

On or about October 3, 2007, within the Southern District of California, defendants CRISOFORO HUERTA-MEDINA and ROMAN ALCALA-RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Leticia Moreno-Garrido, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 5

On or about October 3, 2007, within the Southern District of California, defendants CRISOFORO HUERTA-MEDINA and ROMAN ALCALA-RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Rivera-Guevara, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

<u>Count 6</u>

On or about October 3, 2007, within the Southern District of California, defendants CRISOFORO HUERTA-MEDINA and ROMAN ALCALA-RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Rivera-Guevara, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
AARON B. CLARK
Assistant U.S. Attorney

4