UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _07CR2877-WQH_ |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Crisoforo Huerta-Medina (1) ) et al. ) | |
| Defendant(s) ) | Booking No. _01634298_ |

On order of the United States District/Magistrate Judge,  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Leticia Moreno-Garrido

DATED: ___11-8-07___

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        **Deputy Clerk**

☆ U.S. GPO: 2003-581-774/70062