

1 KAREN P. HEWITT
United States Attorney
2 AARON B. CLARK
Assistant United States Attorney
3 California State Bar No. 239764
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-6787
6

7 Attorneys for Plaintiff
UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA    07 CR2872-WQH

11 UNITED STATES OF AMERICA,        )    Magistrate Case No. 07MJ8835
                                    )
12                    Plaintiff,    )
                                    )    **STIPULATION OF FACT AND JOINT**
13          v.                      )    **MOTION FOR RELEASE OF**
                                    )    **MATERIAL WITNESS(ES) AND**
14 CRISOFORO HUERTA-MEDINA (1),     )    **ORDER THEREON**
                                    )
15                    Defendant.    )
                                    )    **(Pre-Indictment Fast-Track Program)**
16 _____)

17          **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 Aaron B. Clark, Assistant United States Attorney, and defendant CRISOFORO HUERTA-

20 MEDINA, by and through and with the advice and consent of defense counsel, Leila W. Morgan,

21 Federal Defenders of San Diego, Inc., that:

22          1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27 and (v)(II).

28 //

ABC:es:10/9/07

1       2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4       3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **November 5, 2007**.

6       4.     The material witnesses, Humberto Reyes-Palacios, Leticia Moreno-Garrido and

7 Victor Rivera-Guevara, in this case:

8               a.     Are aliens with no lawful right to enter or remain in the United States;

9               b.     Entered or attempted to enter the United States illegally on or about

10 October 3, 2007;

11              c.     Were found in a vehicle driven by defendant in or near Calexico, California

12 and that defendant knew or acted in reckless disregard of the fact that they were aliens with no

13 lawful right to enter or remain in the United States;

14              d.     Were paying or having others pay on their behalf $1,000 - $2,300 to others

15 to be brought into the United States illegally and/or transported illegally to their destination therein;

16 and,

17              e.     May be released and remanded immediately to the Department of Homeland

18 Security for return to their country of origin.

19       5.     After the material witnesses are ordered released by the Court pursuant to this

20 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

22 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

23 attack, that:

24              a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

25 substantive evidence;

26              b.     The United States may elicit hearsay testimony from arresting agents

27 regarding any statements made by the material witness(es) provided in discovery, and such

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Crisoforo Huerta-Medina (1)     2          07MJ8835

1 testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2 against interest of (an) unavailable witness(es); and,

3         c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6 waives the right to confront and cross-examine the material witness(es) in this case.

7     6.    By signing this stipulation and joint motion, defendant certifies that defendant has

8 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9 further that defendant has discussed the terms of this stipulation and joint motion with defense

10 counsel and fully understands its meaning and effect.

11     Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12 immediate release and remand of the above-named material witness(es) to the Department of

13 Homeland Security for return to their country of origin.

14     It is STIPULATED AND AGREED this date.

15                             Respectfully submitted,

16                             KAREN P. HEWITT
                            United States Attorney

17

18 Dated: __11/8/07__ .

19                             AARON B. CLARK
                            Assistant United States Attorney

20

21 Dated: __11/7/2007__ .

22                             LEILA W. MORGAN
                            Defense Counsel for Huerta-Ruiz

23

24 Dated: __11/7/07__ .

25                             CRISOFORO HUERTA-MEDINA
                            Defendant

26

27

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Crisoforo Huerta-Medina (1)      3                07MJ8835

1                              O R D E R

2          Upon joint application and motion of the parties, and for good cause shown,

3          **THE STIPULATION** is admitted into evidence, and,

4          **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6          **SO ORDERED.**

7

8          Dated:  _11/8/07_  .                          _____
                                                          United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Crisoforo Huerta-Medina (1)        4                        07MJ8835