**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs _Crisoforo Huerta-Medina (1),_
_Roman Alcala-Ruiz (2)_     No. _07CR2877-WQH_

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on ___11-8-07___ and ended on ___1-28-08___ ; ( ☒, ☒ )
_____ and ended on _____ . (    )

|  |  |  |
|---|---|---|
| __3161(h)__ |  | A |
| ___(1)(A) | Exam or hrg for **mental or physical incapacity** | B |
| ___(1)(B) | **NARA exam**ination (28:2902) | C |
| ___(1)(D) | State or Federal trials or **other charges pending** | D |
| ___(1)(E) | **Interlocutory appeals** | E |
| ___(1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) | F |
| ___(1)(G) | **Transfers from other district** (per FRCrP 20, 21 & 40) | G |
| ___(1)(J) | **Proceedings under advisement** not to exceed thirty days | H |
| ___ | Misc proc: Parole or prob rev, deportation, **extradition** | 6 |
| ___(1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | (7) |
| ___(1)(I) | Consideration by Court of **proposed plea agreement** | I |
| ___(2) | **Prosecution deferred** by mutual agreement | M |
| ___(3)(A)(B) | **Unavailability of defendant** or **essential witness** | N |
| ___(4) | Period of **mental or physical incompetence** of defendant to stand trial | O |
| ___(5) | Period of **NARA commitment or treatment** | P |
| ___(6) | **Superseding indictment and/or new charges** | R |
| ___(7) | **Defendant awaiting trial of co-defendant** when no severance has been granted | T |
| ___(8)(A)(B) | **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | (T1) |

___(8)(B)(I)  1) Failure to grant a **continuance** in the proceeding
would result in a **miscarriage of justice** and
the ends of justice outweigh the best interest
of the public and the defendant in a speedy trial.
**(Continuance - miscarriage of justice)**

✗          2) Failure to grant a **continuance** of the trial would result in
a miscarriage of justice as the defendant has tendered a
guilty plea to a magistrate judge and is awaiting a
determination as to whether the plea will be accepted.
**(Continuance - tendered a guilty plea)**

___(8)(B)(ii)  2) **Case** unusual or **complex**                              T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days    T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,    T4
or give reasonable time to prepare
**(Continuance re counsel)**

___3161(I)   Time up to **withdrawal of guilty plea**                         U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days      V

Date__11-8-07__                          _CAB_
                                   Judge's Initials